Tuesday        10th

        July, 2001.


Avery Demetrie Kirby,                                    Appellant,

 against        Record No. 0076-00-3
                Circuit Court Nos. CR99-994, CR99-995 and
                              CR99-1176

Commonwealth of Virginia,                               Appellee.


                    Upon a Rehearing En Banc

  Before Chief Judge Fitzpatrick, Judges Benton, Willis, Elder, Bray,
      Annunziata, Bumgardner, Frank, Humphreys, Clements and Agee


                S. Jane Chittom, Appellate Defender (Public
                Defender Commission, on briefs), for
                appellant.

                Virginia B. Theisen, Assistant Attorney
                General (Mark L. Earley, Attorney General,
                on brief), for appellee.



        By unpublished opinion dated December 5, 2000, a divided

panel of this Court affirmed the judgment of the trial court.  We

stayed the mandate of that decision and granted rehearing en banc.

        Upon rehearing en banc, it is ordered that the stay of the

December 5, 2000 mandate is lifted, and the judgment of the trial

court is affirmed for the reasons set forth in the majority panel

opinion.

        Judges Benton and Elder dissent for the reasons set forth

in the panel dissent.

The Commonwealth shall recover of the appellant an additional fee of $200 for services rendered by the Public Defender on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses. This amount shall be added to the costs due the Commonwealth in the December 5, 2000 mandate.

This order shall be certified to the trial court.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk